**LAW OFFICES OF DALE K. GALIPO**
Dale K. Galipo, Esq. (Bar No. 144074)
dalekgalipo@yahoo.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, California, 91367
Telephone: (818) 347-3333
Facsimile: (818) 347-4118

*Attorney for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

DANIEL FELIX,

       Plaintiff,

    v.

ANDREW SAIBENE, CITY OF SAN BERNARDINO, and DOES 1–4,

       Defendants.

Case No.: 5:24-cv-01494-JGB-SHK

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

**TO THIS HONORABLE COURT:**

     In accordance with Rule 4(l)(1) of the Federal Rules of Civil Procedure, and Central District Local Rule 5-3.1, Plaintiff hereby submits his proof of service of the Complaint, Summons, and other documents on Defendant Andrew Saibene (attached hereto as Exhibit "A").

   DATED: August 19, 2024

                  LAW OFFICES OF DALE K. GALIPO

           By:  */s / Dale K. Galipo*

               Dale K. Galipo Attorney for Plaintiffs

Exhibit A

POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | FOR COURT USE ONLY |
|---|---|
| Dale K. Galipo (SBN 144074)<br>Cooper Alison-Mayne (SBN 343169)<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Boulevard, Suite 310  Woodland Hills, CA 91367<br>TELEPHONE NO.: (818) 347-3333 | FAX NO. | E-MAIL ADDRESS<br>ATTORNEY FOR *(Name):* Plaintiff | |

**UNITED STATES DISTRICT COURT**

STREET ADDRESS: 411 West 4th Street

CITY AND ZIP CODE: Santa Ana, CA 92701

BRANCH NAME: FOR THE CENTRAL DISTRICT OF CALIFORNIA

| PLAINTIFF/PETITIONER: DANIEL FELIX<br>DEFENDANT/RESPONDENT: ANDREW SAIBENE, CITY OF SAN BERNARDINO | CASE NUMBER:<br>5:24-cv-1494-JGB-SHK |
|---|---|
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2351742RC |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents):* **CIVIL COVER SHEET; NOTICE TO COUNSEL RE CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1)**

3. a. Party served *(specify name of party as shown on documents served):*
   **ANDREW SAIBENE**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a):*
   **J. Vega, Clerk/Officer, Authorized person to accept on behalf of Andrew Saibene**

   **Age: 30's | Weight: 200 lbs | Hair: Brown | Sex: Male | Height: 5'8 | Eyes: Brown | Race: Hispanic**

4. Address where the party was served:  **SAN BERNARDINO POLICE DEPARTMENT**
   **710 N D Street**
   **San Bernardino, CA 92410**

5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date):* **8/14/2024**    (2) at *(time):* **2:43 PM**

   b. ☐ **by substituted service.** On *(date):*  at  *(time):*  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3):*

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.

   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.

   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on *(date):*  from *(city):*    **or** ☐ a declaration of mailing is attached.

   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

**PROOF OF SERVICE OF SUMMONS**

Code of Civil Procedure, § 417.10

POS010-1/2351742

Plaintiff: **DANIEL FELIX**

Defendant: **ANDREW SAIBENE, CITY OF SAN BERNARDINO**

c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,

   (1) on *(date):*                                   (2) from *(city):*

   (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgment of Receipt.*) (Code Civ. Proc., § 415.30.)*

   (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)

d. ☐ **by other means** *(specify means of service and authorizing code section):*

   ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:

a. ☑ as an individual defendant.

b. ☐ as the person sued under the fictitious name of *(specify):*

c. ☐ as occupant.

d. ☐ On behalf of *(specify):*
   under the following Code of Civil Procedure section:

| | |
|---|---|
| ☐ 416.10 (corporation) | ☐ 415.95 (business organization, form unknown) |
| ☐ 416.20 (defunct corporation) | ☐ 416.60 (minor) |
| ☐ 416.30 (joint stock company/association) | ☐ 416.70 (ward or conservatee) |
| ☐ 416.40 (association or partnership) | ☐ 416.90 (authorized person) |
| ☐ 416.50 (public entity) | ☐ 415.46 (occupant) |
| | ☑ other: **FRCP (4)(i)(3)** |

7. **Person who served papers**
a. Name:   **Jesse Mendez - Ace Attorney Service, Inc.**
b. Address:   **800 S. Figueroa Street, Suite 900  Los Angeles, CA 90017**
c. Telephone number: **(213) 623-3979**
d. **The fee** for service was: **$ 117.69**
e. I am:

   (1) ☐ not a registered California process server.
   (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
   (3) ☑ registered California process server:
      (i) ☐ owner     ☑ employee     ☐ independent contractor.
      (ii) Registration No.: **PS-002133**
      (iii) County: **RIVERSIDE**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   or

9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

Date: **8/15/2024**

---
**Jesse Mendez**
(NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL)

▶     (Signature - Per CC §1633.7)