STEVEN J. ROTHANS – State Bar No. 106579
SCOTT J. CARPENTER – State Bar No. 253339
CARPENTER, ROTHANS & DUMONT LLP
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 228-0400
Facsimile:  (213) 228-0401
Email:  srothans@crdlaw.com | scarpenter@crdlaw.com

Attorneys for Defendants, City of San Bernardino, a public entity, and Officer Andrew Saibene, a public employee

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FELIX,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANDREW SAIBENE, CITY OF SAN BERNARDINO, and DOES 1-4,<br><br>    Defendants. | Case No.: 5:24-cv-01494-JGB-SHK<br><br>**DEFENDANTS' NOTICE OF INTERESTED PARTIES** |

    PLEASE TAKE NOTICE that the undersigned, counsel for Defendants City of San Bernardino, a public entity, and Officer Andrew Saibene, a public employee, hereby certify that the following listed parties have a direct, pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate any possible disqualifications or recusals.

///

///

-1-

DEFENDANTS' NOTICE OF INTERESTED PARTIES

| **Plaintiff:** | **Plaintiff's Counsel:** |
|---|---|
| Daniel Felix | Dale K. Galipo, Esq.<br>Renee V. Masongsong, Esq.<br>LAW OFFICES OF DALE K. GALIPO<br>21800 Burbank Blvd., Suite 310<br>Woodland Hills, CA 91367 |
| **Defendants:** | **Defense Counsel:** |
| City of San Bernardino<br>Officer Andrew Saibene | Steven J. Rothans, Esq.<br>Scott J. Carpenter, Esq.<br>CARPENTER, ROTHANS & DUMONT LLP<br>500 S. Grand Avenue, 19th Floor<br>Los Angeles, CA  90071 |

DATED:  September 4, 2024　　　　CARPENTER, ROTHANS & DUMONT LLP


　　　　　　　　　　　　　　　By:  */s/ Scott J. Carpenter*
　　　　　　　　　　　　　　　　　　STEVEN J. ROTHANS
　　　　　　　　　　　　　　　　　　SCOTT J. CARPENTER
　　　　　　　　　　　　　　　　　　Attorneys for Defendants

DEFENDANTS' NOTICE OF INTERESTED PARTIES