| | |
|---|---|
| 1 | **LAW OFFICES OF DALE K. GALIPO** |
| 2 | Dale K. Galipo (SBN 144074) |
|   | dalekgalipo@yahoo.com |
| 3 | Cooper Alison-Mayne (SBN 343169) |
|   | cmayne@galipolaw.com |
| 4 | 21800 Burbank Boulevard, Suite 310 |
| 5 | Woodland Hills, California, 91367 |
|   | Telephone: (818) 347-3333 |
| 6 | *Attorneys for Plaintiff* |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL FELIX. | | Case No. 5:24-cv-01494-JGB-SHK |
| | Plaintiff, | *Hon. District Judge Jesus G. Bernal* |
| v. | | *Hon. Mag. Judge Shashi H. Kewalramani* |
| ANDREW SAIBENE, CITY OF SAN BERNARDINO, and DOES 1–4, | | **NOTICE OF CONDITIONAL SETTLEMENT AND REQUEST TO VACATE ALL DATES** |
| | Defendants. | |

**TO THE HONORABLE COURT:**

Plaintiff DANIEL FELIX ("Plaintiff") and Defendants ANDREW SAIBENE and CITY OF SAN BERNARDINO ("Defendants"), by and through their respective attorneys of record, hereby inform the Court of their conditional settlement of this entire matter, and respectfully request that the Court vacate all dates in this matter as the parties finalize their settlement, and stipulate as follows:

WHEREAS, following a private mediation with Mediator Richard Copeland on February 28, 2025, the parties reached an agreement on April 21, 2025, to settle the entire case;

WHEREAS, the proposed settlement is conditioned upon the approval of the agreement by the City of San Bernardino claims board and execution of a long-form settlement agreement and release by the parties, which is currently being finalized;

WHEREAS, the parties respectfully request that all dates and deadlines in this matter be vacated based on the parties' settlement of the entire action;

WHEREAS, the parties further request that the Court maintain jurisdiction over this action for sixty (60) days to allow time for the parties to consummate the terms of the settlement, including execution of the release agreement and payment of the settlement funds, and for the parties to subsequently file a stipulated dismissal of the action with prejudice;

WHEREAS, based on the foregoing, good cause exists for granting the parties' stipulation.

Respectfully submitted,

Dated: May 7, 2025                LAW OFFICES OF DALE K. GALIPO

                                  By    /s/ Cooper Alison-Mayne
                                        Dale K. Galipo

```
```


                    Cooper Alison-Mayne[1]
                    Attorneys for Plaintiff Daniel Felix

DATED: May 7, 2025        CARPENTER, ROTHANS & DUMONT LLP

                    By:   */s/ Scott J. Carpenter*
                          STEVEN J. ROTHANS
                          SCOTT J. CARPENTER
                          Attorneys for Defendants

---

[1] As the filer of this document, I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.