LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff DANIEL FELIX*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FELIX,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW SAIBENE, CITY OF SAN BERNARDINO, and DOES 1–4,<br><br>　　　　Defendants. | Case No. 5:24-cv-01494-JGB−SHK<br><br>[*Honorable Jesus G. Bernal*]<br><br>**STATUS REPORT RE: SETTLEMENT** |

**TO THE HONORABLE COURT:**

    Plaintiff respectfully submits this status update pursuant to the Court's May 23, 2025 Scheduling Notice (ECF No. 20), which directs the parties to file either (1) a proper stipulation and order for dismissal or judgment, or (2) a motion to reopen if settlement has not been consummated by July 23, 2025.

    Although the settlement has not yet been fully consummated, there is no need to reopen the case at this time. The San Bernardino Claims Board approved the settlement earlier this month, and the settlement check is currently being processed. We anticipate receiving the check within the next two weeks and expect to file a stipulated dismissal of all claims promptly thereafter.

Dated: July 23, 2025    THE LAW OFFICES OF DALE K. GALIPO

                                        /s/       *Cooper Alison-Mayne*
                                        Dale K. Galipo
                                        Cooper Alison-Mayne
                                        *Attorneys for Plaintiff*

Dated: July 23, 2025    CARPENTER, ROTHANS & DUMONT LLP

                                        /s/ Scott J. Carpenter
                                        STEVEN J. ROTHANS
                                        SCOTT J. CARPENTER
                                        Attorneys for Defendants