1 | LAW OFFICES OF DALE K. GALIPO
Dale K. Galipo (SBN 144074)
2 | dalekgalipo@yahoo.com
Cooper Alison-Mayne (SBN 343169)
3 | cmayne@galipolaw.com
21800 Burbank Boulevard, Suite 310
4 | Woodland Hills, CA 91367
Phone: (818) 347-3333

*Attorneys for Plaintiff DANIEL FELIX*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| DANIEL FELIX, | Case No. 5:24-cv-01494-JGB−SHK |
| Plaintiff, | [*Honorable Jesus G. Bernal*] |
| v. | **NOTICE OF SETTLEMENT AND JOINT STIPULATION FOR DISMISSAL** |
| ANDREW SAIBENE, CITY OF SAN BERNARDINO, and DOES 1–4, | |
| Defendants. | |

**TO THE HONORABLE COURT:**

    COME NOW Plaintiff Daniel Felix and Defendants Andrew Saibene and City of San Bernardino ("the Parties"), by and through their respective attorneys of record, and hereby notify this Court that the Parties have reached a full and final settlement of the entire action. Therefore, it is hereby stipulated between the Parties, by and through their attorneys, that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii).

IT IS SO STIPULATED.

Dated: October 28, 2025    **THE LAW OFFICES OF DALE K. GALIPO**

By: /s/*Cooper Alison-Mayne*
Dale K. Galipo
Cooper Alison-Mayne
*Attorneys for Plaintiff*

Dated: October 28, 2025    **CARPENTER, ROTHANS & DUMONT LLP**

By: /s/ *Scott Carpenter*
STEVEN J. ROTHANS
SCOTT J. CARPENTER
Attorneys for Defendants