1
2
3
4

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL FELIX,<br><br>    Plaintiff,<br><br>  v.<br><br>ANDREW SAIBENE, CITY OF SAN BERNARDINO, and DOES 1–4,<br><br>    Defendants. | Case No. 5:24-cv-01494-JGB−SHK<br><br>[*Honorable Jesus G. Bernal*]<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |

Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties' Joint Stipulation for Dismissal with Prejudice is Granted.

**IT IS SO ORDERED:**

Dated: _____

                                              Hon. Jesus G. Bernal
                                              United States District Judge