1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 11  DANIEL FELIX, | Case No. 5:24-cv-01494-JGB−SHK |
| 12             Plaintiff, | |
| 13       v. | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL** |
| 14  ANDREW SAIBENE, CITY OF SAN BERNARDINO, and DOES 1–4, | |
| 15 | |
| 16             Defendants. | |

1     Pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the parties' Joint Stipulation for Dismissal with Prejudice is Granted.

**IT IS SO ORDERED:**

Dated: November 3, 2025

Hon. Jesus G. Bernal
United States District Judge